**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JONATHAN GERRELL KNIGHT**                                                              **PLAINTIFF**

**v.**                                                                **CIVIL ACTION NO. 2:17-CV-13-KS-MTP**

**JONES COUNTY, MISSISSIPPI and
JOHN DOE, in his individual capacity**                                                   **DEFENDANTS**

**ORDER**

On March 8, 2017, Defendant Jones County, Mississippi ("Movant") filed its Motion for Judgment on the Pleadings as to State Law Claims [5]. Plaintiff Jonathan Gerrell Knight ("Respondent") has until on or before **March 22, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **March 29, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___9th___ day of March, 2017.

                                          ___s/Keith Starrett_____
                                          KEITH STARRETT
                                          UNITED STATES DISTRICT JUDGE