IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JONATHAN GERRELL KNIGHT**                                                                 **PLAINTIFF**

**VERSUS**                                                     **CAUSE NO.: 2:17-cv-13-KS-MTP**

**JONES COUNTY, MISSISSIPPI and**
**JOHN DOE, in his individual capacity,**
**Whose name is presently unknown but**
**Will be substituted by amendment**                                                  **DEFENDANTS**

## AGREED ORDER DISMISSING STATE LAW CLAIMS ONLY

This day this cause came on to be heard on Jones County, Mississippi's Motion to Dismiss State Law Claims and the Court, having considered the same, and it being made known to the Court that the parties are in agreement thereto, finds that said Motion is well taken.

IT IS THEREFORE ORDERED that Plaintiff's state law claims are dismissed with prejudice.  All remaining causes of action arising under federal law will remain viable.

SO ORDERED this the  _21st___ day of March, 2017.

                                        ___s/Keith Starrett_____
                                        UNITED STATES DISTRICT JUDGE

Agreed:

/s/ Philip Stroud
PHILIP A. STROUD, ESQ.
5779 Getwell Road, Bldg. C-1
Southhaven, MS 38672
Tel:     (662) 536-5656
Fax:    (662) 536-5657
philip@stroudlawyers.com
       *One of the Attorneys for Plaintiff*

/s/William R. Allen
WILLIAM R. ALLEN, ESQ.
William R. Allen. (MSB No. 100541)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel:     (601) 833-4361
Fax:    (601) 83-6647
wallen@aabalegal.com
      *Attorney for Defendant*