IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JONATHAN GERRELL KNIGHT**                                                          **PLAINTIFF**

**vs.**                                                           **CIVIL ACTION NO. 2:17-cv-13-KS-MTP**

**DANIEL LYNCH**                                                                      **DEFENDANT**

## JUDGMENT OF DISMISSAL

This cause comes before the Court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement and impose attorney's fees and costs as indicated.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this ___21st___ day of February, 2018.

                                                    ___s/Keith Starrett_____
                                                    UNITED STATES DISTRICT JUDGE